NUMBERS 13-08-00233-CV, 13-08-00234-CV, 13-08-00235-CV,


& 13-08-00236-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE GUARDIANSHIP OF E.N., JR., E.N., J.L.P., AND A.S., 


THE PROPOSED WARDS


_____________________________________________________________


On appeal from the Probate Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Raquel Perez, has filed motions in each of these causes to dismiss these
appeals for mootness. According to her motions, the controversies between the parties
ended on April 25, 2008, after notices of appeal were filed, when the trial court, on its own
motion, signed revised orders. Appellant requests that this Court dismiss these appeals.

 The Court, having considered the documents on file and appellant's motions to
dismiss the appeals, is of the opinion that the motions should be granted. See Tex. R. App.
P. 42.1(a). The motions to dismiss are granted, and the appeals are hereby DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 10th day of July, 2008.